FILED: January 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4439
(5:12-cr-00284-F-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES ROGREIQUAS PRESSLEY

      Defendant - Appellant

_____

O R D E R
_____

The court defers consideration of counsel's motion for extension of time to file the opening brief pending filing of opening brief on or before January 14, 2016. Counsel is advised that no additional extensions will be granted.

The due dates for any subsequent briefs under the briefing schedule will run from the filing date, rather than from the due date, of the preceding brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk